UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00509-GNS

YUNIESKY GONZALES SANTANA                                    PETITIONER

v.

MIKE LEWIS, Jailer, Hopkins County Jail et al.               RESPONDENTS

## ORDER

This matter was recently transferred to the undersigned judge. Accordingly, **IT IS HEREBY ORDERED** as follows:

1.      Respondents' response to the Show Cause Order is due by **August 14, 2026**.

2.      Petitioner's reply to the Show Cause Order is due by **August 21, 2026**.

3.      If any party requests an evidentiary hearing, the party shall file a written motion **on or before August 21, 2026**. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Hopkins County Jail. The parties may contact the Court's case manager, Traci Duff at traci_duff@kywd.uscourts.gov to arrange for the Petitioner to appear by Zoom.

**Greg N. Stivers, Judge**
**United States District Court**
August 10, 2026

cc:     counsel of record
        Petitioner, *pro se*

1